FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 APR 21  A 8: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |  |
|---|---|---|
| COMMERCEFIRST BANK | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Case No. WDQ 10 CV 670 |
| COTTMAN TRANSMISSION SYSTEMS, LLC | ) ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Local Civil Rule 105.9 the Defendant Cottman Transmission Systems, LLC ("Cottman") respectfully requests an extension of time to answer, move, or otherwise plead to the Complaint, to and including May 11, 2010. Counsel for the plaintiff has consented to this extension. The parties are engaged in settlement discussions and hope to resolve this case without further litigation, and seek this extension to permit them additional time in which to continue negotiations and reach a resolution.

"APPROVED"

4/21/10
Date

_____
William D. Quarles, Jr.
United States District Judge