| | | |
|---|---|---|
| COMMERCEFIRST BANK | * | IN THE |
| Plaintiff | * | UNITED STATES |
| v. | * | DISTRICT COURT OF |
| CALVERT KITCHENS, INC. t/a COTTMAN TRANSMISSIONS, et al. | * | MARYLAND |
| | * | (BALTIMORE) |
| Defendants | * | Case No. 1:10-CV-00670-WDQ |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Now comes the Plaintiff, CommerceFirst Bank, by and through its undersigned counsel, and files this Stipulation of Dismissal of all claims in this matter, with prejudice.

Respectfully Submitted,

_____
LYNN T. KRAUSE, Fed Bar I.D. 02650
Krause & Ferris
196 Duke of Gloucester
Annapolis, Maryland 21401
410-263-0220
*Attorneys for Plaintiff*